

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18CR166 (JCH) |
| v. | VIOLATION: |
| ISIAH SHIPMAN | 18 U.S.C. §§ 922(g)(1) & 924(a)(2) (Felon in Possession of a Firearm) |
| | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) (Criminal Forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Firearm and Ammunition by a Felon)

1. On or about April 14, 2018, in the District of Connecticut, the defendant ISIAH SHIPMAN, having been convicted in the Superior Court of the State of Connecticut of crimes punishable by imprisonment for a term exceeding one year, namely: (a) Possession of Narcotics, in violation of Connecticut General Statutes § 21a-279(a), on or about May 28, 2014, and (b) Assault in the Second Degree, in violation of Connecticut General Statutes § 53a-60(a)(2), on or about January 9, 2012, knowingly and intentionally possessed a firearm and ammunition in and affecting commerce, that is, a Smith and Wesson .40 caliber handgun, bearing serial number HSU0819, and seven rounds of .40 caliber ammunition, all of which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Firearms Offense)

2. Upon conviction of the firearm offense alleged in this Indictment, the defendant ISIAH SHIPMAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of this offense, including but not limited to: a Smith and Wesson .40 caliber handgun, bearing serial number HSU0819, and seven rounds of .40 caliber ammunition associated with that firearm.

All in accordance with Title 18, United States Code, Section 924, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY